JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Antonio Fernandez,**

Plaintiff,

v.

**Hassan Mechammil,** in individual and representative capacity as Trustee of the The Hassan Mechammil Family Trust dated July 21, 1989; and **Marlene Mechammil,** in individual and representative capacity as Trustee of the The Hassan Mechammil Family Trust dated July 21, 1989.

Defendants.

Case: 2:20-cv-10243-SVW-JC

Judgment Re: Summary Judgment

Following the court's ruling on May 20, 2021, granting Plaintiff's Motion for Summary Judgment, it is hereby ordered and adjudged that Plaintiff Chris Langer is entitled to an injunction requiring Defendant to ensure that all pathways, exterior and interior, comply with the minimum

clearance width under 36 C.F.R., Pt. 1191, Appendix D (Building Blocks: 403.5). The Court declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act claims and those claims are dismissed, without prejudice.

Dated: August 23, 2021 By: ______________________________
Hon. Stephen V. Wilson
United States District Judge

*Presented by*:
Isabel Rose Masanque, Esq.
858-375-7385
IsabelM@potterhandy.com
Attorney for Plaintiff