UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez** <br><br> Plaintiff, <br><br> v. <br><br> **Hassan Mechammil** et al <br><br> *Defendants*. | Case No. 2:20-cv-10243-SVW-JC <br><br> **ORDER ON STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS WITH PREJUDICE** <br><br> Honorable Stephen V. Wilson <br> No hearing set |

**For Good Cause shown** and pursuant to the stipulation of the parties through their respective counsel of record:

the Judgment against Defendants Hassan and Marlene Mechammil (Doc. 48) is hereby set aside, the judgment against Defendants is vacated, and the action is dismissed with prejudice.

Dated: June 2, 2023

_____
Hon. Stephen V. Wilson
United States District Court Judge

1